UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61494-CIV-MOORE
MAGISTRATE JUDGE P.A. WHITE

JONATHAN HUGHES,               :

    Plaintiff,               :

v.                             :
                                                                        REPORT OF
SHERIFF AL LAMBERTI, ET AL.,  :  MAGISTRATE JUDGE

    Defendants.              :
_____

    The plaintiff Jonathan Hughes, currently incarcerated at the Joseph V. Conte Facility, has filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983 for damages. [DE# 1].

    This Complaint raises the same claims against the same defendants in the plaintiff's ongoing case, CASE NO. 08-61351-CIV-MOORE.

    Because the instant complaint is duplicative of the pending case, it is recommended that the instant case be closed.

    Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

    It is so recommended at Miami, Florida, this 14th day of October, 2008.

                                                     /s/
                                            UNITED STATES MAGISTRATE JUDGE

cc:   Jonathan Hughes, Pro Se
      Joseph V. Conte Facility
      P.O. Box 407016
      Ft. Lauderdale, FL 33340